**Patty S. LEWIS, Plaintiff–Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.**

No. 07–1299.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 5, 2007.

Decided Jan. 7, 2008.

Alexander D. McLaughlin, The Calwell Practice PLLC, Charleston, West Virginia, for Appellant. Sharon L. Potter, United States Attorney, Alan G. McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patty S. Lewis appeals the district court's order granting summary judgment in favor of her former employer in her civil action alleging breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Potter*, No. 1:05–cv–00034–FPS, 2007 WL 419374 (N.D.W.Va. Feb. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*